IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01796-REB-MEH

ESTATE OF ANTHONY L. SIMS, by Kathie Sims as Personal Representative,

     Plaintiff,

v.

JEFFERSON COUNTY BOARD OF COUNTY COMMISSIONERS,
SHERIFF TED MINK, in his individual and official capacities, and
JOHN DOE SHERIFF'S DEPUTY, in his individual and official capacities,

     Defendants.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 9, 2009.**

The unopposed Motion for Leave to Take the Depositions of Colorado Department of Corrections Inmates filed by Sheriff Ted Mink [filed November 6, 2009; docket #16] is **granted**. Sheriff Mink is permitted to take the depositions of inmates Shawn Shields, Anthony Gomez and Raymond Goodloe on the dates and times specified in the motion.