**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 09-cv-01796 REB-MEH

ESTATE OF ANTHONY L. SIMS, By Kathie Sims as Personal Representative,

    Plaintiff,

v.

JEFFERSON COUNTY BOARD OF COUNTY COMMISSIONERS;
SHERIFF TED MINK, in his individual and official capacities; and
JOHN DOE SHERIFF'S DEPUTY, in his individual and official capacities.

    Defendants.

_____

**PLAINTIFF'S <u>UNOPPOSED</u> MOTION TO FILE AMENDED COMPLAINT**
_____

    Plaintiff, the Estate of Anthony L. Sims, by Kathie Sims as Personal Representative, and through the Estate's attorneys, David A. Lane and Sara J. Rich of Killmer, Lane & Newman, LLP, hereby files this <u>Unopposed</u> Motion to File Amended Complaint and in support thereof states as follows:

### INTRODUCTION

    Plaintiff filed a Complaint on July 29, 2009 alleging three claims for relief against Jefferson County Board of County Commissioners, Sheriff Ted Mink in his individual and official capacities, and John Doe Sheriff's Deputy in his individual and official capacities. The parties have since conferred and Plaintiff has agreed to voluntarily dismiss Jefferson County Board of County Commissioners as a Defendant given that Sheriff Ted Mink, in his official capacity, is an appropriate Defendant against whom to obtain municipal liability. Plaintiff, therefore, seeks leave to file an Amended Complaint in order to remove Jefferson County Board of County Commissioners as a Defendant. Plaintiff also seeks to amend the Caption which

identifies Sheriff Ted Mink as a Defendant to include the modifier "Jefferson County" to Sheriff Ted Mink in order to clearly identify the Defendants in this matter.

## ARGUMENT

### A. Amendments to the Pleadings Shall be Freely Granted

Rule 15(a) of the Federal Rules of Civil Procedure provides that amendments to the pleadings may be allowed by leave of court or by written consent of an adverse party and "shall be freely given when justice so requires." FED. R. CIV. P. 15(a). The Supreme Court has provided guidance in interpreting Rule 15(a):

> If the underlying facts or circumstances relied upon by a plaintiff may be a proper subject of relief, he ought to be afforded an opportunity to test his claim on the merits. In the absence of any apparent or declared reason -- such as undue delay, bad faith or dilatory motive on the part of the movant, repeated failures to cure deficiencies by amendments previously allowed, undue prejudice to the opposing party by virtue of allowance of the amendment, futility of the amendment, etc. -- the leave sought, should, as the rules require, be 'freely given.' Of course, the grant or denial of an opportunity to amend is within the discretion of the District Court, but outright refusal to grant the leave without any justifying reason appearing for the denial is not an exercise of discretion; it is merely abuse of that discretion and inconsistent with the spirit of the Federal Rules.

*Foman v. Davis*, 371 U.S. 178, 182 (1962). "This discretionary approach of the federal rules fosters a full adjudication of the merits of the parties' disputes within a single comprehensive proceeding." *Katzman v. Sessions,* 156 F.R.D. 35, 38 (E.D.N.Y. 1994). Indeed, "the purpose of [Rule 15(a)] is to promote as complete an adjudication of the dispute between the parties as is possible." *LaSalvia v. United Dairymen of Arizona*, 804 F.2d 1113, 1119 (9th Cir. 1986) (quotation marks omitted), *cert. denied*, 482 U.S. 928 (1987).

### B. No Party will be Prejudiced by the Granting of this Motion

Plaintiff does not seek to add any legal claims or essential factual bases for the claims for relief. Instead, Plaintiff seeks to file an Amended Complaint in order to dismiss Defendant

Jefferson County Board of County Commissioners and more clearly identify the remaining Defendants.  Defendants, who initially proposed that Defendant Board of County Commissioners be dismissed, will not be prejudiced by the Court granting this motion, because the removal of Defendant Board of County Commissioners does not affect the legal claims or essential factual disputes involved in this matter.  Therefore, leave to amend the Complaint should be freely given in this instance.

### **CERTIFICATION PURSUANT TO D.C.COLO. LCIvR. 7.1**

Counsel for Plaintiff, Sara J. Rich, certifies that she conferred with counsel for Defendants, Writer Mott, who stated that Defendants do not oppose the relief sought herein.

### CONCLUSION

WHEREFORE, Plaintiff respectfully requests that this Court enter an Order Granting Plaintiff's Unopposed Motion to File Amended Complaint, and accept as filed Plaintiff's Amended Complaint and for any further relief as justice so requires.

DATED this 10th day of November 2009.

        KILLMER, LANE & NEWMAN, LLP

        s/ *Sara J. Rich*
        _____
        David A. Lane
        Sara J. Rich
        The Oddfellows Hall
        1543 Champa Street, Suite 400
        Denver, Colorado 80202
        (303) 571-1000
        dlane@kln-law.com
        srich@kln-law.com

        ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

  I hereby certify that on November 10, 2009, I electronically filed a true and correct copy of the foregoing **PLAINTIFF'S UNOPPOSED MOTION TO FILE AMENDED COMPLAINT** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail address:

Writer Mott   wmott@jeffco.us
James Burgess  jburgess@jeffco.us
Assistant County Attorney
100 Jefferson County Pkwy., Ste. 5500
Golden, CO 80419

ATTORNEY FOR DEFENDANTS

               *s/ Sara J. Rich*
               _____