IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01796-REB-MEH

ESTATE OF ANTHONY L. SIMS, by Kathie Sims as Personal Representative,

    Plaintiff,

v.

JEFFERSON COUNTY SHERIFF TED MINK, in his individual and official capacities, and JOHN DOE SHERIFF'S DEPUTY, in his individual and official capacities,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 13, 2009.**

    Pending before the Court is Plaintiff's Unopposed Motion to File Amended Complaint [filed November 10, 2009; docket #19]. Although not identified by the Plaintiff, pursuant to Fed. R. Civ. P. 21, the Court finds it is just and proper to **grant** Plaintiff's request to drop Jefferson County Board of County Commissioners (an dispensable non-diverse party) as a defendant from this case. In addition, pursuant to Rule 15(a), the Court **grants** the motion to amend the caption in this case to add the modifier "Jefferson County" to Defendant Sheriff Ted Mink. The Clerk of the Court is directed to amend the caption as set forth herein and to file the Amended Complaint and Jury Demand, found at docket #19-2.