IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CIVIL ACTION NO. 09-CV-1796 REB-MEH
ESTATE OF ANTHONY L. SIMS, BY KATHIE SIMS
PLAINTIFFS

V.

SHERIFF TED MINK, et al.

DEFENDANTS

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 11 2009

GREGORY C. LANGHAM
CLERK

DATE: 8 DEC. 09

---

MOTION TO QUASH SUBPOENA AND IMPROPER USE OF A SUBPOENA, UNDER FEDERAL RULES FOR CIVIL PROCEDURE RULES 45(B) AND RULE 27 (1) +(4).

---

COMES NOW SHAWN C. SHIELDS, DOC # 69301, RECIPIENT OF A SUBPOENA FOR DEPOSITION IN THE ABOVE ENTITLED CASE.

RECIPIENT RECEIVED A SUBPOENA BY DEFENDANTS ATTORNEY, MR. WRITER MOTT, JEFFERSON COUNTY ATTORNEY, TO BE DEPOSED ON DECEMBER 21, 2009 AT 8:30 AM

THE SUBPOENA FAILS TO COMPLY WITH RULE 45(B), "COMMAND TO ATTEND A DEPOSITION - NOTICE OF THE RECORDING METHOD". A SUBPOENA COMMANDING ATTENDANCE AT A DISPOSITION MUST STATE THE METHOD FOR RECORDING THE TESTIMONY.

THE SUBPOENA SERVED UPON ME FAILS TO STATE THE METHOD FOR RECORDING THE TESTIMONY AS REQUIRED IN RULE 45(B) F.R.CV.P.

AS A RESULT I RESPECTFULLY REQUEST THIS SUBPOENA BE QUASHED

UNTIL DEFICIENCIES ARE CORRECTED AND RULE 45(B) IS MET, DESCRIBING THE METHOD OF RECORDING THE TESTIMONY.

FURTHERMORE, THE RECIPIENT OF THE SUBPOENA, SHAWN C. SKEELS, IS NOT A PARTY TO THIS LAWSUIT AT ALL! THIS CASE IS A WRONGFUL DEATH SUIT BROUGHT AGAINST THE JEFFERSON COUNTY SHERIFF AND OTHER DEPUTIES.

UNDER RULE 27(1)+(4), DEPOSITION TO PERPETUATE TESTIMONY, THE COUNTY ATTORNEY IS USING THE POWER OF THE SUBPOENA TO GATHER EVIDENCE IN A CRIMINAL CASE UNDER INVESTIGATION VIA THE CIVIL PROCESS, TO CIRCUMVENT CRIMINAL COURT PROCEDURES AND RULES OF EVIDENCE.

AS SUCH, I AM ENTITLED TO REPRESENTATION BEFORE QUESTIONING IN ANY CRIMINAL MATTER UNDER THE UNITED STATES CONSTITUTION, AND THEREBY REQUEST MY RIGHTS UNDER THE LAW AND CONSTITUTION BE UPHELD BY THIS COURT, BY APPOINTING ME COUNSEL PRIOR TO ANY DEPOSITION OR QUESTIONING, OR THE QUASHING OF THE SUBPOENA ENTIRELY FOR VIOLATIONS OF RULE 45(B) AND MISUSE OF THE SUBPOENA PROCEDURE FOR CRIMINAL INVESTIGATIONS.

RESPECTFULLY SUBMITTED,

*[signature]*

SHAWN SKEELS
DOC# 64301
CSP / 01-17
BOX 777
CANON CITY, CO.
81215