**Writer Mott**

| | |
|---|---|
| From: | David Lane [DLane@kln-law.com] |
| Sent: | Thursday, November 26, 2009 12:55 PM |
| To: | Writer Mott |
| Cc: | Sara Rich |
| Subject: | Simms |

Mr. Mott – I am writing to inform you that on September 29, 2009, I received a letter from Shawn Shields. It was my assessment that this letter was written by Mr. Shields to me in the hopes that I would become his attorney on various matters. As such, because I believe Mr. Shields was consulting me as an attorney, the letter is privileged and will not be disclosed to you. I responded and while some of my response is also privileged, I included the following paragraph in the letter which I am disclosing to you:

> I'm also giving you a heads up that Jeffco has scheduled to take your deposition down at CSP on December 21, 2009. A Jeffco lawyer named Writer Mott believes that you will answer all of his questions about this matter and it should take all day. I'm writing to inform you of this fact so that you may proceed into this deposition fully apprised of all of your rights under the Constitution of the United States. I don't know if you have already obtained an attorney in this matter, and I'm guessing you have not, however as a person who is incarcerated and being questioned about a murder, as you know you have various constitutional rights, including the absolute right to remain silent and to have counsel represent you before you are questioned. It is my suggestion to you, and you may accept it or reject it, that you obtain counsel. If you cannot afford counsel, which I'm guessing you can't, I suggest you write to the Jeffco attorney and ask that they appoint counsel to you in this matter in order that you may be fully advised prior to being questioned.
>
> His contact information is:
>
> Writer Mott
> Assistant County Attorney
> Jefferson County
> 100 Jefferson County Pkwy., Ste. 5500
> Golden, CO 80419

I believe the correspondence from Shields to me is privileged and some of my response to him is privileged. I will not disclose his letter to me or my complete response absent a court order mandating such disclosure.

David A. Lane
Attorney at Law
Killmer, Lane & Newman, LLP
1543 Champa Street, Suite 400
Denver, Colorado 80202
(303) 571-1000
(303) 571-1001 FAX
dlane@kln-law.com



EXHIBIT A-1