SHAWN SHIELDS
DOC # 69301
CSP / BOX 777
CAÑON CITY, CO. 81215

RECEIVED
DEC 07 2009
JEFFERSON COUNTY
ATTORNEY'S OFFICE

WRITER MOTT
ASSISTANT COUNTY ATTY
100 JEFFERSON COUNTY PKWY, STE. 5500
GOLDEN, CO. 80419

RE: SIMS V. MINK ET AL
3 DEC 09

DEAR MR. MOTT,

    I AM IN RECEIPT OF YOUR SUBPOENA FOR DEPOSITION IN THE SIMS V. MINK ET AL CIVIL SUIT.

    UPON READING FURTHER, FEDERAL RULES FOR CIVIL PROCEDURE, I BELIEVE IT IS IN MY BEST INTEREST TO OBTAIN AN ATTORNEY TO REPRESENT ME PRIOR TO ANY QUESTIONING BY YOU, OR ANYONE ELSE, TO PROTECT MY CONSTITUTIONAL RIGHTS.

    SINCE I AM INCARCERATE, AND CANNOT AFFORD AN ATTORNEY, I AM ASKING THAT YOU APPOINT COUNSEL FOR ME IN THIS MATTER. HOWEVER, I AM UNSURE WHETHER OR NOT A CONFLICT OF INTEREST EXISTS WITH YOUR OFFICE AND ANY PUBLIC DEFENDER APPOINTED OUT OF JEFFERSON COUNTY?

    I FEAR, WITHOUT PROPER LEGAL REPRESENTATION TO SAFEGUARD MY RIGHTS, I'LL HAVE TO REMAIN SILENT AS IS MY RIGHT UNDER THE CONSTITUTION.

    Thank You FOR YOUR TIME.

SINCERELY
[signature]
SHAWN SHIELDS

EXHIBIT A-2