**MINUTE ENTRY FOR SETTLEMENT**

| | |
|---|---|
| TO: | Docketing |
| FROM: | Magistrate Judge Michael E. Hegarty |
| DATE: | January 22, 2010 |
| RE: | *Estate of Anthony L. Sims v. Ted Mink et al.*, 09-cv-01796-REB-MEH |

      \_\_\_    A settlement conference was held on this date, and no settlement has been reached as to any claims in this action.

      _X_    A settlement conference was held on this date, and a settlement was reached as to

                _X_    All claims in this action. The parties shall file a stipulated motion to dismiss on or before February 15, 2010.

                \_\_\_    Claims between _____ and _____. These parties shall file a stipulated motion to dismiss on or before _____.

Settlement conference and pre-conference preparation time involved: 6 hours 00 minutes.

      _X_    A record was made          \_\_\_    No record was made

      \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

      \_\_\_    Supplemental settlement negotiations were held in the above-captioned case, including telephone and e-mail discussions and an in-person conference, since the prior conference.

Negotiation time involved: \_\_ hours \_\_ minutes.