IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01796-REB-MEH

ESTATE OF ANTHONY L. SIMS, by Kathie Sims as Personal Representative,

    Plaintiff,

v.

JEFFERSON COUNTY SHERIFF TED MINK, in his individual and official capacities, and JOHN DOE SHERIFF'S DEPUTY, in his individual and official capacities,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 25, 2010.**

    In light of the settlement of this case, the Motion to Quash Subpoena filed by Shawn Shields [filed December 11, 2009; docket #24] **denied as moot**.