IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-1796-REB-MEH

ESTATE OF ANTHONY L. SIMS, By Kathie Sims as Personal Representative,

    Plaintiff,

v.

SHERIFF TED MINK, in his individual and official capacities, and
JOHN DOE SHERIFF'S DEPUTY, in his individual and official capacities,

    Defendants.

## STIPULATED MOTION TO DISMISS WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Estate of Anthony L. Sims, by Kathie Sims as Personal Representative, and Defendant Sheriff Ted Mink, through their undersigned counsel, hereby stipulate that the above-captioned action be dismissed with prejudice, each party to pay its own costs and attorney fees. As grounds for this Stipulated Dismissal, the parties submit to the Court that the entire matter between them has been fully compromised and settled, and there remains no issues for judicial determination.

WHEREFORE, Plaintiff and Defendant request that the Court enter an Order dismissing the above-captioned action in its entirety, with prejudice, each party to bear its own costs and attorney fees.

Respectfully submitted this 3rd day of March, 2010.

| | |
|---|---|
| ELLEN G. WAKEMAN<br>JEFFERSON COUNTY ATTORNEY | KILLMER LANE & NEWMAN, LLP |
| *s/ Writer Mott*<br>By: _____<br>Writer Mott<br>Assistant County Attorney<br>100 Jefferson County Pkwy. Ste. 5500<br>Golden, Colorado 80419<br>303.271.8932;<br>wmott@jeffco.us | *s/ Sara Rich*<br>By: _____<br>Sara Rich<br>The Odd Fellows Hall<br>1543 Champa Street, Suite 400<br>Denver, Colorado 80202<br>303.571.1000<br>srich@kln-law.com |
| *Attorneys for Defendant* | *Attorney for Plaintiff* |