IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 09-cv-01796-REB-MEH

ESTATE OF ANTHONY L. SIMS, by Kathie Sims as Personal Representative,

    Plaintiff,

v.

JEFFERSON COUNTY SHERIFF TED MINK, in his individual and official capacities, and JOHN DOE SHERIFF'S DEPUTY, in his individual and official capacities,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before me is the **Stipulated Motion To Dismiss with Prejudice** [#32] filed March 3, 2010. After careful review of the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulated Motion To Dismiss with Prejudice** [#32] filed March 3, 2010, is **APPROVED**;

2. That the Trial Preparation Conference set for September 17, 2010, is **VACATED**;

3. That the jury trial set to commence on October 4, 2010, is **VACATED**; and

4. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated March 3, 2010, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge